**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | A&R Woodlands Holding, LLC <br> Name | EIN: | 87–2380568 |
| United States Bankruptcy Court | Northern District of Texas | Date case filed for chapter: | 7    3/6/25 |
| Case number: | 25–40816–mxm7 | | |

## Official Form 309C (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline            10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | A&R Woodlands Holding, LLC | |
| 2. | **All other names used in the last 8 years** | dba The Woodlands Apartments | |
| 3. | **Address** | 1501 Hall Johnson Rd #1802 <br> Colleyville, TX 76034 | |
| 4. | **Debtor's attorney** <br> Name and address | Warren V. Norred <br> Norred Law PLLC <br> 515 E. Border Street <br> Arlington, TX 76010 | Contact phone 817–704–3984 <br><br> Email: warren@norredlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | John Dee Spicer <br> Suite 560, Founders Square <br> 900 Jackson Street <br> Dallas, TX 75202–4425 | Contact phone (214) 573–7331 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street <br> Fort Worth, TX 76102 | Hours open: <br> Mon.–Fri. 8:30–4:30 <br><br> Contact phone 817–333–6000 <br><br> Date: 3/6/25 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 8, 2025 at 10:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 707 056 0340, and Passcode 2104473206, OR call 1–469–397–0792** <br><br> For additional meeting information, go to https://www.justice.gov/ust/moc |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page 1

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-40816-mxm |
| A&R Woodlands Holding, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 06, 2025 | Form ID: 309C | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | A&R Woodlands Holding, LLC, 1501 Hall Johnson Rd #1802, Colleyville, TX 76034-2373 |
| 21611780 | + | 24 Karat Real Estate Professionals, 1712 Lexington Ave, Allen, TX 75013-5352 |
| 21611781 | + | 2nd Chance Apartment, PO Box 560751, The Colony, TX 75056-0751 |
| 21611782 | + | 360 Apartment Renovations LLC, PMB 47372, 5473 Blair Rd. Ste. 100, Dallas, TX 75231-4227 |
| 21611783 | + | A&R Multifamily, LLC, 1501 Hall Johnson Road #1802, Colleyville, TX 76034-2373 |
| 21611784 | | A&R Multifamily, LLC, 1501 Hall Johnson Road #1802, Southlake, TX 76092 |
| 21611785 | + | A-1 Image, 1819 Firman Drive, Suite 121, Richardson, TX 75081-1842 |
| 21611786 | + | AAN Trust Dated May 27, 2021, 1206 Herrington Road, Geneva, IL 60134-3559 |
| 21611787 | + | American Blue River Holding LLC, 1718 Capitol Avenue, Cheyenne, WY 82001-4528 |
| 21611788 | + | Ameristar Screen & Glass, PO BOX 29309, Dallas, TX 75229-0309 |
| 21611789 | + | Answer360 Telecommunications LLC, 2625 8th Avenue,, Fort Worth, TX 76110-3039 |
| 21611790 | + | Apartment List, Inc, PO Box 737097, Dallas, TX 75373-7097 |
| 21611791 | + | Apartmentidea, Inc, 924 Raynolds St., El Paso, TX 79903-4732 |
| 21611794 | + | BG Personnel LP, PO Box 660282, Dallas, TX 75266-0282 |
| 21611796 | + | BROWN PRUITT WAMBSGANSS DEAN FORMAN & MOORE, P.C., 600 N. Carroll Avenue Suite 100, Southlake, TX 76092-6496 |
| 21611795 | + | Brad W. Gaswirth, 4851 LBJ FWY Suite 301, Dallas, TX 75244-6052 |
| 21611803 | + | CUA Pools, 2717 N Elm Street, Denton, TX 76201-8813 |
| 21611797 | + | Canaday Investing LLC, 7536 N 200th E Ave, Owasso, OK 74055-8217 |
| 21611799 | + | City of Fort Worth Code Compliance, P.O.Box 99005, Fort Worth, TX 76199-0005 |
| 21611802 | + | Creative Construction Concepts LLC, 5709 Moss Creek Court, Dallas, TX 75252-2382 |
| 21611804 | + | Deciduoustreeworks LLC, 1309 Coffeen Ave Ste 1200, Sheridan, WY 82801-5777 |
| 21611805 | + | Deepak Naik, 1811 Woodvine Street, Longview, TX 75604-2651 |
| 21611806 | + | Duncan Simpson, Esq., 4113 Willims Court, Grapevine, TX 76051-6588 |
| 21611807 | + | Everest Capital Management LLC, 9625 East 108th Place South, Tulsa, OK 74133-6774 |
| 21611808 | + | Goldmed Inc, 5935 East 106th Place, Tulsa, OK 74137-7083 |
| 21611810 | + | Handytrac Systems,LLC, 510 Staghorn Court, Alpharetta, GA 30004-0737 |
| 21611812 | + | Holley Street Capital LLC, 10704 S Holley Street, Jenks, OK 74037-5083 |
| 21611813 | + | Impact Prosperity Fund, LLC, 1501 Hall Johnson Road #1802, ColleyvillE, TX 76034-2373 |
| 21611815 | + | Inspira Financial Trust LLC, Custodian FBO Deepak Naik IRA# 4303211, 1113 Saxon Blvd, Orange City, FL 32763-8470 |
| 21611814 | + | Inspira Financial Trust LLC, Custodian FBO Marianne Einav IRA# 424321, 1113 Saxon Blvd, Orange City, FL 32763-8470 |
| 21611816 | + | Inspira Financial Trust LLC, Custodian FBOFrank Sweeney IRA# 2977711, 1113 Saxon Blvd, Orange City, FL 32763-8470 |
| 21611818 | + | Joel Tupper, 175 Lary Lane, Guthrie, OK 73044-6542 |
| 21611819 | + | Lifestyle Investments LLC, 12087 S 18th Street E, Jenks, OK 74037-3641 |
| 21611820 | + | Logic Contractor Services, P.O. Box 117823, Carrollton, TX 75011-7823 |
| 21611821 | #+ | Lone Star Apartment Services LLC, 1500 N Main St. Suite 120, Fort Worth, TX 76164-8929 |
| 21611822 | + | Louisa Tu, 2105 Summit Drive, Burlingame, CA 94010-6051 |
| 21611823 | + | Luis Rivera dba Rivera & Co., 4808 Club View Circle, Dallas, TX 75232 |
| 21611824 | + | Myan Management Group, LLC, 520 Silicon Dr. Suite 110, Southlake, TX 76092-2001 |
| 21611825 | + | Nationwide Compliant, P.O. Box 737947, Dallas, TX 75373-7947 |
| 21611826 | + | Plumb-Texas LLC, 11649 E. FM 917, Alvarado, TX 76009-6101 |
| 21611827 | + | R&M Southern Capital LLC, 311 63rd Ave N, Myrtle Beach, SC 29572-3336 |

Case 25-40816-mxm7　Doc 4　Filed 03/08/25　Entered 03/08/25 23:18:42　Desc Imaged
Certificate of Notice　Page 3 of 4

| District/off: 0539-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: 309C | Total Noticed: 71 |

| | | |
|---|---|---|
| 21611828 | + | Rajesh Kumar Verma, 3014 Olana Ct, Huntersville, NC 28078-6735 |
| 21611829 | + | Republic Services, #853, P.O. Box 78829, Pheonix, AZ 85062-8829 |
| 21611830 | + | Robert Boyce, 7020 Krusell Dunn Ln, College Grove, TN 37046-8200 |
| 21611831 | + | Robert. A. Blackwell, 7557 Rambler Road Suite 1450, Dallas, TX 75231-2368 |
| 21611832 | + | Rush Legacy, LLC, 2095 Highway 211 NW 2F334, Braselton, GA 30517-3402 |
| 21611833 | + | SA Investment Services LLC, 14158 Peoria Ln, Frisco, TX 75035-7530 |
| 21611835 | + | SMBC Capital Markets, Inc., Fifth Floor, 277 Park Avenue, New York, NY 10172-0003 |
| 21611834 | + | Satish Patel, 6817 Calihan Court, Frisco, TX 75035-0379 |
| 21611836 | + | Southwest Surf Syndicate LLC, 2372 E Prescott Pl, Chandler, AZ 85249-2943 |
| 21611837 | + | Sun City Landscaping Inc., PO Box 59171, Dallas, TX 75229-1171 |
| 21611838 | + | Suresh Kaza, 14235 Eastwick Ct, Frisco, TX 75035-0387 |
| 21611839 | + | The ADT Security Corp., PO BOX 371878, Pittsburg, PA 15250-7878 |
| 21611840 | + | Thomas Franciosa, 1810 S Ocean Drive, Fort Pierce, FL 34949-3361 |
| 21611841 | + | Tres Palm Supply, LLC, 4225 Gannon Lane, Dallas, TX 75237-2914 |
| 21611842 | #+ | Trupti Patel, 2605 W Gregory Street, Chicago, IL 60625-3104 |
| 21611847 | + | Unmesh Wankhede, 2229 1st Avenue W, Seattle, WA 98119-2620 |
| 21611848 | + | Zillow, Inc., P.O. Box 737412, Dallas, TX 75373-7412 |

TOTAL: 58

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: warren@norredlaw.com | Mar 06 2025 21:33:00 | Warren V. Norred, Norred Law PLLC, 515 E. Border Street, Arlington, TX 76010 |
| tr | + EDI: FJDSPICER | Mar 07 2025 02:30:00 | John Dee Spicer, Suite 560, Founders Square, 900 Jackson Street, Dallas, TX 75202-4404 |
| 21611792 | Email/Text: bcd@oag.texas.gov | Mar 06 2025 21:33:00 | Attorney General, Texas Attorney General's Ofc, Bankruptcy-Collection Div, Po Box 12548, Austin, TX 78711-2548 |
| 21611793 | ^ MEBN | Mar 06 2025 21:28:50 | Attorney General of the United States, Office of the Attorney General, Main Justice Building, Room 5111, 10th & Constitution Avenue, N.W., Washington, DC 20530-0001 |
| 21611798 | + Email/Text: allison.brandstetter@chadwellsupply.com | Mar 06 2025 21:34:00 | CHADWELL SUPPLY, INC., 4907 Joanne Kearney Blvd, Tampa, FL 33619-8603 |
| 21611801 | + Email/Text: payments@conservice.com | Mar 06 2025 21:34:00 | ConService LLC, P.O. Box 4696, Logan, UT 84323-4696 |
| 21611811 | ^ MEBN | Mar 06 2025 21:29:10 | Hd Supply Facilities Maintenance , LTD, P.O Box 509058, San Diego, CA 92150-9058 |
| 21611817 | EDI: IRS.COM | Mar 07 2025 02:27:00 | Internal Revenue Service, Special Procedures-Insolvency, Po Box 7346, Philadelphia, PA 19101-7346 |
| 21611800 | Email/Text: pacer@cpa.state.tx.us | Mar 06 2025 21:34:00 | Comptroller of Public Accounts, State Comptroller of Public Accounts, Revenue Accounting Division-Bankruptycy, Po Box 13528, Austin, TX 78711-3528 |
| 21611843 | Email/Text: txulec09@vistraenergy.com | Mar 06 2025 21:34:00 | TXU Energy, P.O. Box 650638, Dallas, TX 75265-0638 |
| 21611844 | + Email/Text: melanie.stull@sigmarelocation.com | Mar 06 2025 21:34:00 | UMoveFree Apartment Locators, PO BOX 222089, Dallas, TX 75222-2089 |
| 21611845 | Email/Text: USATXE.Bankruptcy-tyler@usdoj.gov | Mar 06 2025 21:33:00 | United States Attorney, Office of the United States Attorney, 110 North College Ave. 700, Tyler, TX 75702-0204 |
| 21611846 | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Mar 06 2025 21:34:00 | United States Trustee, Office of the United States Trustee, 110 North College Ave. 300, Tyler, TX 75702-7231 |

TOTAL: 13

| District/off: 0539-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: 309C | Total Noticed: 71 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21611809 | ##+ | Greenforest Termite & Pest Control, Inc., 2611 N Beltline Road #150, Sunnyvale, TX 75182-9357 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2025     Signature:     /s/Gustava Winters