Robert Blackwell
Texas Bar No. 24001744
7557 Rambler Road, Suite 1450
Dallas, Texas 75231
Telephone: (214) 442-9602
Facsimile: (214) 442-9621
Email: bblackwell@bbhsllp.com
COUNSEL FOR MYAN MANAGEMENT GROUP, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| A&R WOODLANDS HOLDING, LLC | § § | CASE NUMBER 25-40816-mxm7 |
| DEBTOR | § § | CHAPTER 7 |

### NOTICE OF APPEARANCE UNDER FEDERAL BANKRUPTCY
### RULE 9010(b) COMBINED WITH REQUEST FOR NOTICE OF ALL MATTERS

Myan Management Group, LLC ("Myan") hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon its attorney of record, as follows:

Robert Blackwell
BLACKWELL, BLACKBURN, HERRING & SINGER, LLP
7557 Rambler Road, Suite 1450
Dallas, Texas 75231
bblackwell@bbhsllp.com

Myan requests that the undersigned counsel be served with all pleadings, notices, correspondence, and all other documents served or required to be served on them in this case.

Respectfully submitted,

**BLACKWELL, BLACKBURN,
HERRING & SINGER, LLP**

 */s/ Robert Blackwell*
Robert Blackwell
Texas Bar No. 24001744
7557 Rambler Road, Suite 1450
Dallas, Texas 75231
Telephone:  (214) 442-9602
Facsimile:  (214) 442-9621
Email: bblackwell@bbhsllp.com

**ATTORNEY FOR MYAN MANAGEMENT
GROUP, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been served on all parties receiving ECF notification in this case, on this the 4th of April 2025.

 */s/ Robert Blackwell*
Robert Blackwell